THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH A. WASSERMAN, Appellant, *v.* THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Wasserman* v. *Bingham*, 126 App. Div. 946, affirmed. (Submitted May 2, 1909; decided June 18, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 12, 1908, which affirmed the determination of the defendant in reducing the relator from the grade of sergeant to that of patrolman in the police department of the city of New York.

*Louis J. Grant* and *Jacob Rouss* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.